Mae L. Lechner et al., Respondents-Appellants, *v.* Frank Lechner, Appellant-Respondent.

Argued June 3, 1955; decided July 8, 1955.

*Kenneth J. Mullane* for appellant-respondent.

*Noel Rubinton* and *Edward Lazansky* for respondents-appellants.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.